# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## Amarillo Division

Susan Neese, et al.
Plaintiff

v.

2:21-cv-00163-Z
Civil Action No.

Xavier Becerra, et al.
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Plaintiffs Susan Neese, M.D., and James Hurly, M.D.

_____

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*
N/A

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*
Jonathan F. Mitchell,
Gene P. Hamilton,
Marvin W. Jones,
Christopher L. Jensen,
America First Legal Foundation

|               |                                |
|---------------|--------------------------------|
| Date:         | August 30, 2021                |
| Signature:    | /s/ Jonathan F. Mitchell       |
| Print Name:   | Jonathan F. Mitchell           |
| Bar Number:   | Texas Bar No. 24075463         |
| Address:      | 111 Congress Avenue, Suite 4(  |
| City, State, Zip: | Austin, Texas 78701        |
| Telephone:    | (512) 686-3940                 |
| Fax:          | (512) 686-3941                 |
| E-Mail:       | jonathan@mitchell.law          |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons