AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-00163-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) **XAVIER BECERRA THROUGH ATTORNEY GENERAL**
was received by me on (date) **SEPT. 3, 2021**.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated
by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ other (specify) **SENT VIA CERTIFIED MAIL - TRACKING NUMBER**
**7020 1810 0001 3874 5728**

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: **9/3/21**

_____
Server's signature

**Andrew Block**
Printed name and title

**300 Independence AVE SE**
Server's address

**Washington DC 20003**

Additional information regarding attempted service, etc:

Case 2:21-cv-00163-Z   Document 3   Filed 08/26/21   Page 6 of 12   PageID 23
Case 2:21-cv-00163-Z   Document 6   Filed 09/16/21   Page 2 of 13   PageID 33
AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-00163-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __UNITED STATES of AMERICA Through ATTORNEY GENERAL__
was received by me on *(date)* __SEPT. 3, 2021__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ other *(specify)*: __SENT VIA CERTIFIED MAIL – TRACKING NUMBER 7020 1810 0001 3874 5728__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: __9/3/21__

Server's signature

__Andrew Block__
Printed name and title

__300 Independence Ave SE__
Server's address
__Washington DC 20003__

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70201810000138745728

Remove ✕

Your item was delivered at 4:48 am on September 3, 2021 in WASHINGTON, DC 20530.

## ⊘ Delivered

September 3, 2021 at 4:48 am
WASHINGTON, DC 20530

Feedback

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

**September 3, 2021, 4:48 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:48 am on September 3, 2021 in WASHINGTON, DC 20530.

---

**September 2, 2021, 10:42 am**
Available for Pickup
WASHINGTON, DC 20530

---

**September 2, 2021, 9:29 am**
Arrived at Post Office
WASHINGTON, DC 20018

September 2, 2021, 5:54 am
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

September 2, 2021, 4:15 am
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

September 2, 2021, 3:07 am
Departed USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

September 1, 2021, 9:40 pm
Arrived at USPS Regional Origin Facility
MERRIFIELD VA DISTRIBUTION CENTER

September 1, 2021, 4:18 pm
Departed Post Office
RESTON, VA 20190

Feedback

September 1, 2021, 4:11 pm
USPS in possession of item
RESTON, VA 20190

**Product Information**

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

Case 2:21-cv-00163-Z  Document 3  Filed 08/26/21  Page 10 of 12  PageID 27
Case 2:21-cv-00163-Z  Document 6  Filed 09/16/21  Page 6 of 13  PageID 37
AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-00163-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **XAVIER BECERRA, through the Civil Process Clerk**
was received by me on *(date)* **SEPT. 3, 2021**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ other *(specify)*: **SENT VIA CERTIFIED MAIL - TRACKING NUMBER 7020 1810 0001 3874 5711**

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: **9/3/21**

*Server's signature*

**Andrew Block**
Printed name and title

**300 Independence AVE SE**
**Washington DC 20003**
Server's address

Additional information regarding attempted service, etc:

Case 2:21-cv-00163-Z   Document 3   Filed 08/26/21   Page 4 of 12   PageID 21
Case 2:21-cv-00163-Z   Document 6   Filed 09/16/21   Page 7 of 13   PageID 38
AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-00163-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States of America through Civil Process Clerk
was received by me on *(date)* SEPT. 3, 2021.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ other *(specify)*: SENT VIA CERTIFIED MAIL — TRACKING NUMBER 7020 1810 0001 3874 5711

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 9/3/21

_____
Server's signature

Andrew Block
Printed name and title

300 Independence Ave SE
Server's address

Washington DC 20003

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70201810000138745711

Remove ✕

Your item was delivered to an individual at the address at 11:24 am on September 3, 2021 in FORT WORTH, TX 76102.

## ✓ Delivered, Left with Individual

September 3, 2021 at 11:24 am
FORT WORTH, TX 76102



Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**September 3, 2021, 11:24 am**
Delivered, Left with Individual
FORT WORTH, TX 76102
Your item was delivered to an individual at the address at 11:24 am on September 3, 2021 in FORT WORTH, TX 76102.

---

**September 3, 2021, 8:13 am**
Out for Delivery
FORT WORTH, TX 76102

**September 3, 2021, 8:02 am**
Arrived at Post Office
FORT WORTH, TX 76102

**September 3, 2021, 3:44 am**
Arrived at USPS Regional Destination Facility
FORT WORTH TX DISTRIBUTION CENTER

**September 2, 2021**
In Transit to Next Facility

**September 1, 2021, 9:41 pm**
Arrived at USPS Regional Origin Facility
MERRIFIELD VA DISTRIBUTION CENTER

**September 1, 2021, 4:18 pm**
Departed Post Office
RESTON, VA 20190

Feedback

**September 1, 2021, 4:11 pm**
USPS in possession of item
RESTON, VA 20190

**Product Information** ⌄

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Case 2:21-cv-00163-Z   Document 3   Filed 08/26/21   Page 12 of 13   PageID 29
Case 2:21-cv-00163-Z   Document 6   Filed 09/16/21   Page 10 of 13   PageID 41
AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-00163-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* XAVIER BECERRA, Sec. OF HEALTH AND HUMAN SERVICES
was received by me on *(date)* SEPT. 2, 2021.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ other *(specify)*: SENT VIA CERTIFIED MAIL - TRACKING NUMBER 7020 1810 0001 3874 5735

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 9/3/21

Server's signature

Andrew Block
Printed name and title

300 Independence Ave SE
Washington DC 20003
Server's address

Additional information regarding attempted service, etc:

Case 2:21-cv-00163-Z   Document 3   Filed 08/26/21   Page 2 of 12   PageID 19
Case 2:21-cv-00163-Z   Document 6   Filed 09/16/21   Page 11 of 13   PageID 42
AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-00163-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* UNITED STATES OF AMERICA Through Sec. of HHS
was received by me on *(date)* SEPT. 2, 2021.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ other *(specify)*: SENT VIA CERTIFIED MAIL - TRACKING NUMBER 7020 1810 0001 3874 5735

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 9/3/21

Server's signature

ANDREW BLOCK
Printed name and title

300 Independence AVE SE
Server's address
Washington DC 20003

Additional information regarding attempted service, etc:

*Case 2:21-cv-00163-Z   Document 6   Filed 09/16/21   Page 12 of 13   PageID 43*

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70201810000138745735

Your item was delivered to an individual at the address at 10:58 am on September 2, 2021 in WASHINGTON, DC 20201.

## ⊘ Delivered, Left with Individual

September 2, 2021 at 10:58 am
WASHINGTON, DC 20201



Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

**September 2, 2021, 10:58 am**
Delivered, Left with Individual
WASHINGTON, DC 20201
Your item was delivered to an individual at the address at 10:58 am on September 2, 2021 in WASHINGTON, DC 20201.

**September 2, 2021, 9:49 am**
Arrived at Post Office
WASHINGTON, DC 20018

**September 2, 2021, 5:53 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**September 1, 2021, 9:38 pm**
Arrived at USPS Regional Origin Facility
MERRIFIELD VA DISTRIBUTION CENTER

**September 1, 2021, 4:18 pm**
Departed Post Office
RESTON, VA 20190

**September 1, 2021, 4:11 pm**
USPS in possession of item
RESTON, VA 20190

**Product Information** 

Feedback

**See Less** ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**