IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SUSAN NEESE, M.D., *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:21-cv-163-Z |
| XAVIER BECERRA, *et al.*, | |
| Defendants. | |

# NOTICE OF APPEARANCE

The undersigned enters an appearance as counsel for defendants. (Christopher D. Dodge remains lead counsel for defendants.)

    Respectfully submitted,

    CHAD E. MEACHAM
    Acting United States Attorney

    /s/ Brian W. Stoltz
    Brian W. Stoltz
    Assistant United States Attorney
    Texas Bar No. 24060668
    1100 Commerce Street, Third Floor
    Dallas, Texas 75242-1699
    Telephone:    214-659-8626
    Facsimile:    214-659-8807
    brian.stoltz@usdoj.gov

    Attorneys for Defendants

## CERTIFICATE OF SERVICE

On November 3, 2021, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney