IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SUSAN NEESE, M.D., *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:21-cv-163-Z |
| XAVIER BECERRA, *et al.*, | |
| Defendants. | |

## NOTICE OF APPEARANCE

Please enter the appearance of Jordan L. Von Bokern, Trial Attorney for the U.S. Department of Justice, as appearing on behalf of all Defendants in the above-captioned matter. Please direct all communication regarding this case to Mr. Von Bokern's contact information listed below.

Dated December 6, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

*/s/ Jordan L. Von Bokern*
Christopher D. Dodge
Jordan L. Von Bokern (D.C. Bar # 1032962)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
Telephone: (202) 305-7919
Fax: (202) 616-8460
Email: Jordan.L.Von.Bokern2@usdoj.gov