IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SUSAN NEESE, M.D., *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:21-cv-163-Z |
| XAVIER BECERRA, *et al.*, | |
| Defendants. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR
DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT**

Plaintiffs filed their Complaint in the above-captioned matter on August 25, 2021 (ECF No. 1), and Defendants moved to dismiss the Complaint on November 2, 2021 (ECF No. 8). In response, Plaintiffs filed their First Amended Complaint on November 23, 2021 (ECF No. 11). Pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants' responsive pleading is due on December 7. Workload delays relating to recent medical leave of undersigned counsel are interfering with undersigned counsel's ability to respond to the First Amended Complaint. Defendants therefore respectfully move this Court for an extension of time until December 14, 2021, to answer or otherwise respond to the First Amended Complaint in this action. It is respectfully submitted that good cause exists under Rule 6(b)(1) for this brief extension to accommodate the undersigned's recent medical leave, and that the requested extension will not interfere with the Court's ability to resolve this action in a just, speedy, and inexpensive manner under Rule 1. The undersigned counsel has conferred with counsel for Plaintiffs and they do not oppose the above-requested extension.

Dated December 6, 2021                                   Respectfully submitted,

                                                         BRIAN M. BOYNTON
                                                         Acting Assistant Attorney General

                                                         MICHELLE BENNETT
                                                         Assistant Branch Director

                                                         */s/ Jordan L. Von Bokern*
                                                         Christopher D. Dodge
                                                         Jordan L. Von Bokern (D.C. Bar # 1032962)
                                                         Trial Attorneys
                                                         United States Department of Justice
                                                         Civil Division, Federal Programs Branch
                                                         1100 L Street N.W.
                                                         Washington, DC 20005
                                                         Telephone: (202) 305-7919
                                                         Fax: (202) 616-8460
                                                         Email: Jordan.L.Von.Bokern2@usdoj.gov

                                                         CHAD E. MEACHAM
                                                         UNITED STATES ATTORNEY

                                                         Brian W. Stoltz
                                                         Assistant United States Attorney
                                                         Texas Bar No. 24060668
                                                         1100 Commerce Street, Third Floor
                                                         Dallas, Texas 75242-1699
                                                         Telephone:     214-659-8626
                                                         Facsimile:     214-659-8807
                                                         brian.stoltz@usdoj.gov

                                                         Attorneys for Defendants

Certificate of Conference

This is to certify that I have conferred with counsel for the other parties about the motion, and that the relief requested is unopposed by all parties.

                                                         */s/ Jordan L. Von Bokern*
                                                         Jordan L. Von Bokern
                                                         Trial Attorney

## CERTIFICATE OF SERVICE

On December 6, 2021, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Jordan L. Von Bokern*
Jordan L. Von Bokern
Trial Attorney
United States Department of Justice