IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SUSAN NEESE, M.D., *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:21-cv-163-Z |
| XAVIER BECERRA, *et al.*, | |
| Defendants. | |

### UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMIT FOR DEFENDANTS' MOTION TO DISMISS

Defendants respectfully move this Court for an additional five pages for their anticipated motion to dismiss Plaintiffs' First Amended Complaint. Defendants filed an unopposed motion for an extension of time to file their motion to dismiss on or before December 14, 2021. *See* ECF No. 13 (Dec. 6, 2021).

1. Defendants moved to dismiss Plaintiffs' Complaint, filing a memorandum of twenty-five pages in accordance with Local Civil Rule 7.2(c). Plaintiffs filed a First Amended Complaint that added a new Plaintiff and new allegations relating to arguments Defendants raised in their initial motion to dismiss. For that reason, Defendants anticipate needing additional space to respond to the addition of the new Plaintiff and the new allegations. Additionally, Defendants' motion will raise a number of defenses, which require adequate explanation. Plaintiffs' claims require extensive discussions of standing, ripeness, final agency action, administrative remedies, and the merits of Plaintiffs' statutory arguments. Defendants believe that the expanded scope of the First Amended Complaint and the number of issues presented are compelling reasons that justify a five-page extension of their page limitation in their motion to dismiss.

2. To address those issues, Defendants respectfully request relief from the 25-page limit set forth in Local Rule 7.2(c), and request an additional five pages for their motion to dismiss.

3. The undersigned has conferred with counsel for Plaintiffs and they do not oppose the requested relief.

Dated December 13, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

/s/ Jordan L. Von Bokern
Christopher D. Dodge
Jordan L. Von Bokern (D.C. Bar # 1032962)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
Telephone: (202) 305-7919
Fax: (202) 616-8460
Email: Jordan.L.Von.Bokern2@usdoj.gov

CHAD E. MEACHAM
UNITED STATES ATTORNEY

Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:     214-659-8626
Facsimile:     214-659-8807
brian.stoltz@usdoj.gov

Attorneys for Defendants

Certificate of Conference

This is to certify that I have conferred with counsel for the other parties about the motion, and that the relief requested is unopposed by all parties.

/s/ Jordan L. Von Bokern
Jordan L. Von Bokern
Trial Attorney

## CERTIFICATE OF SERVICE

On December 13, 2021, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

>*/s/ Jordan L. Von Bokern*
>Jordan L. Von Bokern
>Trial Attorney
>United States Department of Justice