IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SUSAN NEESE, M.D. et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | 2:21-CV-163-Z |
| § | |
| XAVIER BECERRA in his official capacity § | |
| as Secretary of the § | |
| United States Department of Health § | |
| And Human Services; et al., § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Defendants' Unopposed Motion for Extension of Time to File Answer (ECF No. 13) filed on December 6, 2021 and Motion for Extension of Page Limit for Defendants' Motion to Dismiss (ECF No. 14) filed on December 13, 2021. Having considered the procedural history and Defendants' Motions, the Court finds that Defendants' Motions should be and are hereby **GRANTED**. The Court **ORDERS** Defendants to file a brief in response to the Plaintiffs' First Amended Complaint (ECF No. 11) not to exceed 30 pages **on or before December 14, 2021 at 5:00 p.m. CST.**

**SO ORDERED.**

December 14, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE