IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| SUSAN NEESE, M.D., *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-163-Z |
| XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*, | § § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is Defendants' Unopposed Motion for Extension of Page Limit for Defendants' Reply in Support of Their Motion to Dismiss ("Reply") (ECF No. 18). After reviewing Defendants' motion, the Court **FINDS** Defendants' motion should be and is hereby **GRANTED**. The Court **FINDS** that a five-page extension is justified.

The Court **ORDERS** Defendants to file their Reply **on or before January 18, 2022**. Further, the Court **ORDERS** that the Defendants' Reply shall not exceed 15 pages.

**SO ORDERED**.

January 14, 2022.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE