UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **Susan Neese, M.D**; **James Hurly, M.D.**; and **Jeffrey Barke, M.D.**, on behalf of themselves and others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>**Xavier Becerra**, in his official capacity as Secretary of Health and Human Services; **United States of America**,<br><br>                Defendants. | Case No. 2:21-cv-00163-Z |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR SUBMITTING JOINT PROPOSED SCHEDULING ORDER

The parties' joint motion to extend the deadline for filing their joint proposed scheduling order is GRANTED. The parties shall reconvene their Rule 26(f) conference no later than seven (7) after this Court rules on the pending motion to dismiss, and shall submit a joint proposed scheduling order no later than 14 days after this Court rules on the pending motion to dismiss.

Dated: _____, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE