IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| SUSAN NEESE, M.D. *et al.*, | § |
| Plaintiffs, | § § § |
| v. | §  2:21-CV-163-Z |
| XAVIER BECERRA in his official capacity as Secretary of the United States Department of Health and Human Services *et al.*, | § § § § § |
| Defendants. | § § |

## ORDER

Before the Court is the parties' Joint Motion to Extend Deadline for Submitting Joint Proposed Scheduling Order ("Motion") (ECF No. 23), filed on March 1, 2022. Having considered the procedural history and Motion, the Court finds the Motion should be and is hereby **GRANTED.** The Court **ORDERS** Plaintiffs and Defendants to file their joint proposed scheduling order **14 days after** the Court rules on the pending Motion to Dismiss the First Amended Complaint (ECF No. 16).

**SO ORDERED**.

March 2, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE