IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

_____

SUSAN NEESE, M.D., *et al.*,

    Plaintiffs,

v.

XAVIER BECERRA, *et al.*,

    Defendants.

Civil Action No. 2:21-cv-163-Z

## NOTICE OF APPEARANCE

Please enter the appearance of Jeremy S.B. Newman, Trial Attorney for the U.S. Department of Justice, as appearing on behalf of all Defendants in the above-captioned matter. Please direct all communication regarding this case to Mr. Newman's contact information listed below.

Dated: March 16, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Jeremy S.B. Newman*
Jeremy S.B. Newman (Mass. Bar No. 688968)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
Tel: (202) 532-3114
Email: jeremy.s.newman@usdoj.gov

*Counsel for Defendants*