IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SUSAN NEESE, M.D., *et al.*, | |
|     Plaintiffs, | |
| v. | Civil Action No. 2:21-cv-163-Z |
| XAVIER BECERRA, *et al.*, | |
|     Defendants. | |

## UNOPPOSED MOTION TO WITHDRAW

Counsel for Defendants respectfully move the Court for an order under Local Civil Rule 83.12(a) permitting Christopher D. Dodge to withdraw as counsel, as his employment with the United States Department of Justice will conclude on March 17, 2022. Defendants will continue to be represented by Jordan L. Von Bokern and Jeremy S.B. Newman of the United States Department of Justice and Brian W. Stoltz of the United States Attorney's Office for the Northern District of Texas. Their contact information is reflected below and on the docket. Defendants met and conferred with Plaintiffs' counsel, as required by Local Civil Rule 7.1. Plaintiffs do not oppose the motion. A proposed order is attached.

Dated March 16, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

*/s/ Christopher D. Dodge*
Christopher D. Dodge (MA Bar No. 696172)

        Jordan L. Von Bokern
        Trial Attorneys
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street N.W.
        Washington, DC 20005
        Tel: (202) 598-5571
        Email: christopher.d.dodge@usdoj.gov

        CHAD E. MEACHAM
        Acting United States Attorney

        /s/ Brian W. Stoltz
        Brian W. Stoltz
        Assistant United States Attorney
        Texas Bar No. 24060668
        1100 Commerce Street, Third Floor
        Dallas, Texas 75242-1699
        Telephone:    214-659-8626
        Facsimile:     214-659-8807
        brian.stoltz@usdoj.gov

        *Attorneys for Defendants*

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Civil Rule 7.1(b), I hereby certify that I conferred with counsel for Plaintiffs on March 15, 2022. Plaintiffs do not oppose the relief requested in this motion.

*/s/ Christopher D. Dodge*
Christopher D. Dodge
Trial Attorney
United States Department of Justice

## **CERTIFICATE OF SERVICE**

On March 16, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Christopher D. Dodge*
Christopher D. Dodge
Trial Attorney
United States Department of Justice