IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SUSAN NEESE, M.D., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, *et al.*,<br><br>    Defendants. | Civil Action No. 2:21-cv-163-Z |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW**

Defendants in the above matter have moved without opposition for an order permitting Christopher D. Dodge to withdraw as counsel. Having considered the motion, it is hereby **GRANTED.**

Signed this _____ day of _____, 202___.

_____
Matthew J. Kacsmaryk
UNITED STATES DISTRICT JUDGE