IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SUSAN NEESE *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> v.  § <br> § <br> XAVIER BECERRA, in his official § <br> capacity as the Secretary of the United § <br> States Department of Health and Human § <br> Services, *et al.*, § <br> § <br> Defendants. § | 2:21-CV-163-Z |

## ORDER

Before the Court is Defendants' Unopposed Motion to Withdraw ("Motion") (ECF No. 26), filed on March 16, 2022. Having considered the Motion and applicable law, the Court **GRANTS** the Motion.

**SO ORDERED**.

March 17, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE