IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SUSAN NEESE, M.D., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> Defendants. | Civil Action No. 2:21-cv-163-Z |

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW

Defendants in the above matter have moved without opposition for an order permitting Jordan L. Von Bokern to withdraw as counsel. Having considered the motion, it is hereby **GRANTED**.

Signed this _____ day of _____, 2022.

_____
Matthew J. Kacsmaryk
UNITED STATES DISTRICT JUDGE