IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| SUSAN NEESE, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:21-CV-163-Z |
| | § | |
| XAVIER BECERRA, in his official capacity as the Secretary of the United States Department of Health and Human Services, *et al.*, | § § § § § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Unopposed Motion to Withdraw ("Motion") (ECF No. 31), filed on May 5, 2022. Having considered the Motion and applicable law, the Court **GRANTS** the Motion.

**SO ORDERED**.

May 9, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE