UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **Susan Neese, M.D**; **James Hurly, M.D.**; and **Jeffrey Barke, M.D.**, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**Xavier Becerra**, in his official capacity as Secretary of Health and Human Services; **United States of America**,<br><br>Defendants. | Case No. 2:21-cv-00163-Z |

**[PROPOSED] ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER**

The plaintiffs' unopposed motion to amend the scheduling order is GRANTED.

The Court's scheduling order or May 11, 2022 (ECF No. 35), is amended as follows:

> The plaintiffs may file a combined brief that serves as both their reply brief in support of the plaintiffs' motion for summary judgment and the response to the defendants' cross-motion for summary judgment, and shall file that consolidated brief on or before September 16, 2022.

Dated: _____, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE