IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| SUSAN NEESE, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-163-Z |
| XAVIER BECERRA, in his official capacity as the Secretary of the United States Department of Health and Human Services, *et al.*, | § § § § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Amend Scheduling Order ("Motion") (ECF No. 36), filed on May 14, 2022. Plaintiffs "move to amend the Court's scheduling order so that it instructs the plaintiffs to file a combined brief that serves as both the reply brief in support of the plaintiffs' motion for summary judgment and the response to the defendants' cross-motion [for summary judgment], and to file that consolidated brief on or before September 16, 2022." ECF No. 36 at 1. Having considered the Motion and relevant law, the Court **GRANTS** the Motion. This Order does not alter or amend any other deadlines. The Court will issue an Amended Scheduling Order alongside this Order.

**SO ORDERED**.

May 16, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE