UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **Susan Neese**, et al.<br><br>                     Plaintiffs,<br><br>v.<br><br>**Xavier Becerra**, et al.<br><br>                     Defendants. | Case No. 2:21-cv-00163-Z |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF JEFFREY BARKE, M.D.

Plaintiffs and defendants stipulate that Plaintiff Jeffrey Barke, M.D., dismisses his claims against all defendants, with prejudice, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear its own attorneys' fees, costs, and expenses.

                                                        Respectfully submitted.

| | |
|---|---|
| /s/ Jonathan F. Mitchell | /s/ Jeremy S.B. Newman |
| JONATHAN F. MITCHELL | JEREMY S.B. NEWMAN |
| Texas Bar No. 24075463 | United States Department of Justice |
| Mitchell Law PLLC | Civil Division, Federal Programs Branch |
| 111 Congress Avenue, Suite 400 | 1100 L Street N.W. |
| Austin, Texas 78701 | Washington, DC 20005 |
| (512) 686-3940 (phone) | (202) 532-3114 (phone) |
| (512) 686-3941 (fax) | (202) 616-8460 (fax) |
| jonathan@mitchell.law | jeremy.s.newman@usdoj.gov |
| | |
| *Counsel for Plaintiffs and*<br>*the Proposed Classes* | *Counsel for the Defendants* |

Dated: July 27, 2022

## CERTIFICATE OF SERVICE

  I certify that on July 27, 2022, I served this document through CM/ECF upon:

JEREMY S.B. NEWMAN
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
(202) 532-3114 (phone)
(202) 616-8460 (fax)
jeremy.s.newman@usdoj.gov

*Counsel for Defendants*

                /s/ Jonathan F. Mitchell
                JONATHAN F. MITCHELL
                *Counsel for Plaintiffs and*
                *the Proposed Classes*