AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| SUSAN NEESE, M.D., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:21-cv-00163-Z |
| XAVIER BECERRA, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Chelsea Mitchell, Madison Kenyon, Maddie Dichiara.

Date: 08/05/2022

/s/ Christian Stewart
*Attorney's signature*

Christian Stewart, TX Attorney No. 24013569
*Printed name and bar number*

500 S Taylor, Suite 900
Amarillo, Texas 79101

*Address*

cstewart@bmwb-law.com
*E-mail address*

(806) 358-8116
*Telephone number*

(806) 350-7642
*FAX number*