IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

SUSAN NEESE, M.D., et al.,

                       *Plaintiffs,*

   v.

XAVIER BECERRA, et al.

                      *Defendants.*

Case No. 2:21-cv-00163-Z

**PROPOSED ORDER**

Motion having been made, and the Court being sufficiently advised, it is hereby ordered as follows:

1. The motion of the five female athletes for leave to file a brief as amici curiae in support of Plaintiffs is hereby GRANTED.

2. The proposed brief of amici curiae submitted by the three female athletes attached to their motion for leave SHALL be filed in the above-styled action upon entry of this Order.

IT IS SO ORDERED.

_____                                  _____
Date                                            Judge, United States District Court

To:
All ECF-registered counsel of record