UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Susan Neese, M.D., et al. §
     *Plaintiff* §
§
§
v. § Case No. 2:21-cv-00163-Z
§
§
Xavier Becerra, et al. §
     *Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Alliance Defending Freedom , with offices at

15100 N. 90th Street
(Street Address)

Scottsdale     AZ     85260
(City)     (State)     (Zip Code)

480-444-0020     480-444-0028
(Telephone No.)     (Fax No.)

**II.** Applicant will sign all filings with the name Jonathan Scruggs .

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Madison Kenyon
Maddie Dichiara
Chelsea Mitchell

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____Arizona_____, where Applicant regularly practices law.

Bar license number: 030505        Admission date: October 15, 2013

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See list attached | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Christian D. Stewart                                                                          , who has offices at

500 S. Taylor, Suite 900
(Street Address)

Amarillo                                                TX                          79101
(City)                                                    (State)                    (Zip Code)

806-358-8116                                         806-350-7642
(Telephone No.)                                    (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   5th   day of August                          , 2022      .

Jonathan Scruggs
Printed Name of Applicant

/s/ Jonathan Scruggs
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

# JONATHAN A. SCRUGGS
# BAR AND COURT ADMISSIONS

**STATE BARS**                                                                                              **DATE ADMITTED**

State Bar of Tennessee (No. 25679) ................................................................November 13, 2006
State Bar of Arizona (No. 030505) .....................................................................October 15, 2013

**STATE COURTS**                                                                                            **DATE ADMITTED**

Supreme Court of Tennessee ............................................................................November 13, 2006
Supreme Court of Arizona ..................................................................................October 15, 2013

**FEDERAL COURTS**                                                                                          **DATE ADMITTED**

U.S. District Court for the Western District of Tennessee ....................................January 29, 2007
U.S. District Court for the Eastern District of Wisconsin......................................February 8, 2008
U.S. District Court for the Middle District of Tennessee ......................................August 23, 2010
U.S. District Court for the Northern District of New York ....................................... May 31, 2011
U.S. District Court for the Western District of Oklahoma ...................................October 28, 2011
U.S. District Court for the Western District of New York ......................................... May 3, 2012
U.S. District Court for the District of Arizona.....................................................December 4, 2013
U.S. District Court for the District of Colorado............................................... September 15, 2016
U.S. District Court for the Western District of Michigan.......................................... May 15, 2017
U.S. District Court for the Eastern District of Michigan .......................................... March 8, 2018
U.S. District Court for the Eastern District of Tennessee............................................July 22, 2021

United States Court of Appeals for the 4th Circuit.................................................... April 18, 2007
United States Court of Appeals for the 6th Circuit...................................................... May 4, 2007
United States Court of Appeals for the 7th Circuit.................................................... May 11, 2007
United States Court of Appeals for the 5th Circuit...................................................... April 1, 2009
United States Court of Appeals for the 11th Circuit.........................................December 23, 2009
United States Court of Appeals for the 8th Circuit.................................................... May 13, 2011
United States Court of Appeals for the 9th Circuit .................................................June 11, 2012
United States Court of Appeals for the 10th Circuit................................................. June 27, 2012
United States Court of Appeals for the 3rd Circuit............................................ February 21, 2018
United States Court of Appeals for the District of Columbia Circuit..........................July 13, 2018
United States Court of Appeals for the 2nd Circuit...............................................January 27, 2022

Supreme Court of the United States (Bar No. 301398) ............................................... April 3, 2017