

**STATE BAR OF ARIZONA**

July 28, 2022

Jonathan Andrew Scruggs
15100 N 90th St
Scottsdale, AZ 85260-2901

RE: Mr. Jonathan Andrew Scruggs

The State Bar of Arizona herewith attests to the status of the above-referenced member, as follows:

Admitted in Arizona:         October 15, 2013.
Current Membership Status:  Active, in good standing

The above reflects the membership records of the State Bar, as of the date of this letter.

If additional information is required, please contact the Resource Center at (602) 340-7239 or via email at membership@staff.azbar.org

Sincerely,

Veronica Morales
Resource Center

