UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **Susan Neese, M.D** and **James Hurly, M.D.**, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **Xavier Becerra**, in his official capacity as Secretary of Health and Human Services; **United States of America**, <br><br> Defendants. | Case No. 2:21-cv-00163-Z |

## MOTION FOR CLASS CERTIFICATION

Plaintiffs Susan Neese and James Hurly respectfully move to certify the following class under Rule 23(b)(2) of the federal rules of civil procedure:

> All health-care providers subject to section 1557 of the Affordable Care Act.

The accompanying brief provides our arguments and authorities.

Respectfully submitted.

Gene P. Hamilton
Virginia Bar No. 80434
Vice-President and General Counsel
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721 (phone)
gene.hamilton@aflegal.org

Dated: August 5, 2022

 /s/ Jonathan F. Mitchell 
Jonathan F. Mitchell
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I certify that on August 5, 2022, I served this document through CM/ECF upon:

JEREMY S.B. NEWMAN
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
(202) 532-3114 (phone)
(202) 616-8460 (fax)
jeremy.s.newman@usdoj.gov

*Counsel for Defendants*

         /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiffs and
the Proposed Class*