CMS Fast Facts March 2022 Version

**CMS Program Data - Populations[1]**

| Medicare (avg monthly) | CY 2019 | CY 2020 | CY 2021 [2] |
|---|---|---|---|
| Parts A and/or B | 61.5 | 62.8 | 63.8 |
|   Aged | 53.0 | 54.5 | 55.8 |
|   Disabled | 8.5 | 8.3 | 8.0 |
| Original Medicare Enrollment | 38.6 | 37.8 | 36.3 |
| MA & Other Health Plan Enrollment | 22.9 | 25.1 | 27.5 |
|   MA Enrollment | 22.2 | 24.4 | 26.9 |
| Part D (MAPD+PDP) | 45.8 | 47.4 | 48.7 |

| Medicaid (avg monthly)[3] | FY 2019 | FY 2020 | FY 2021 |
|---|---|---|---|
| Total | 73.9 | 75.3 | 83.5 |
| Aged | 6.1 | 6.3 | 6.5 |
| Blind/Disabled | 10.2 | 10.1 | 10.2 |
| Children | 28.9 | 29.1 | 33.5 |
| Adults | 15.2 | 15.4 | 17.0 |
| Expansion Adult | 12.1 | 12.8 | 15.0 |

| **CHIP (avg monthly)[3]** | **7.2** | **7.1** | **7.1** |
|---|---|---|---|

[1] Populations are in millions and may not add due to rounding
[2] Preliminary and subject to change
[3] Projected estimates

MA - Medicare Advantage
MA PD - Medicare Advantage Prescription Drug Plan
PDP - Prescription Drug Plan
CHIP - Children's Health Insurance Program

SOURCES: CMS/Office of Enterprise Data & Analytics/Office of the Actuary



**CMS Fast Facts**  March 2022 Version

**Medicare Deductibles, Coinsurance, Premiums**

|  | CY 2021 | CY 2022 |
|---|---|---|
| **Part A** | | |
| Inpatient Hospital Deductible | $1,484.00 | $1,556.00 |
| Coinsurance/Day | $371.00 | $389.00 |
| Coinsurance/LTR Day | $742.00 | $778.00 |
| Coinsurance/SNF Day | $185.50 | $194.50 |
| | | |
| **Part B** | | |
| Deductible | $203.00 | $233.00 |
| | | |
| **Part D** | | |
| Maximum Deductible | $445.00 | $480.00 |
| Initial Coverage Limit | $4,130.00 | $4,430.00 |
| Out-of-Pocket Threshold | $6,550.00 | $7,050.00 |
| | | |
| **Premiums** | | |
| Part A | $471.00 | $499.00 |
| Part B | $148.50-$504.90 | $170.10-$578.30 |

NOTE: The inpatient hospital deductible applies per benefit period.

LTR - Life Time Reserve
SNF - Skilled Nursing Facility

SOURCE:  CMS/Office of the Actuary



**Original Medicare Persons Served and Payments by Type of Service**
**Calendar Year 2020**

|  | Persons Served (in millions) | Program Payments (in billions) |
|---|---|---|
| **Total** | **33.4** | **$379.6** |
|  |  |  |
| **Part A** | **6.9** | **$187.4** |
| Inpatient Hospital | 5.4 | $130.2 |
| Skilled Nursing Facility | 1.5 | $28.6 |
| Home Health Agency | 1.4 | $6.3 |
| Hospice | 1.7 | $22.4 |
|  |  |  |
| **Part B** | **32.7** | **$192.2** |
| Physician/DME | 32.2 | $106.5 |
| Outpatient | 23.3 | $74.8 |
| Home Health Agency | 1.8 | $10.8 |

Total = Parts A and/or B

DME - Durable Medical Equipment

SOURCE:  CMS/Office of Enterprise Data & Analytics



## Original Medicare Persons Served (in Millions) by Type of Service
## Calendar Year 2020

Total Persons Served, 33.4 million

## Original Medicare Program Payments (in Billions) by Type of Service
## Calendar Year 2020

Total Program Payments, $379.6 billion

Total = Parts A and/or B

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES
OFFICE OF ENTERPRISE DATA & ANALYTICS



SOURCE:  CMS/Office of Enterprise Data & Analytics





.8

Health
ncy





**Medicare Part D Utilization and Expenditures**
**Calendar Year 2020**

| | |
|---|---:|
| **Utilizing Beneficiaries, in millions** | **46.2** |
| Prescription Drug Events, in billions | 1.5 |
| | |
| **Total Part D Expenditures, in billions** | **$105.8** |
| Part D Benefit Payments | $104.6 |
| Part D Administrative Expenses | $0.4 |

SOURCES: CMS/Office of Enterprise Data & Analytics/Office of the Actuary



**Medicaid Beneficiaries and Payments by Selected Type of Service**
**Fiscal Year 2014**

|  | Beneficiaries (in millions) | Payments (in billions) |
|---|---|---|
| **All Services** | 63.2 | $314.5 |
| Inpatient Hospital | 5.9 | $22.6 |
| ICF-IID | 0.1 | $7.9 |
| Nursing Facility | 1.3 | $37.0 |
| Physician | 41.5 | $6.9 |
| Outpatient Hospital | 24.7 | $9.3 |
| Home Health | 1.6 | $4.8 |
| Prescription Drugs | 36.1 | $14.9 |
| Capitation | -- | $138.7 |
| Clinic | 15.4 | $11.0 |
| Personal Care | 1.1 | $9.9 |
| Other Services | -- | $51.6 |

NOTES:  Beneficiaries represent unique individuals on whose behalf Medicaid payments for the indicated services were made during the fiscal year (FY).  Excludes enrollees in separate Title XXI Children's Health Insurance Programs.  Excludes data for Alaska, Colorado, Florida, Kansas, North Carolina, and Rhode Island and contains partial data for District of Columbia, Delaware, Illinois, Kentucky, Maryland, Maine, Montana, North Dakota, New Hampshire, Nebraska, New Mexico, Nevada, South Carolina, Texas, Virginia, and Wisconsin.  These statistics are lower for FY 2014 than those previously reported for FY 2013 and are primarily a result of incomplete data.  MSIS data are incomplete for FY 2014, as noted above.  The number of beneficiaries reported as receiving home health services was 1.6 million in FY 2014 compared to 17.3 million reported previously for FY 2013.  The FY 2013 data were probably an anomaly based on coding problems in one or more states.

ICF-IID - Intermediate Care Facility for Individuals with Intellectual Disabilities.

SOURCE:  CMS/Center for Medicaid and CHIP Services



**Medicaid Beneficiaries (in Millions) by Type of Service**
**Fiscal Year 2014**



Total Beneficiaries, 63.2 million

**Medicaid Payments (in Billions) by Type of Service**
**Fiscal Year 2014**





$22.6

Total Medicaid Payments, $314.5 billion

SOURCE: CMS/Center for Medicaid and CHIP Services



1.1

Personal Care





**Medicare Institutional Providers Calendar Year 2020**

| Type of Provider | Count |
|---|---:|
| Total Hospitals | 6,214 |
|   Short Stay | 3,481 |
|   Psychiatric | 613 |
|   Rehabilitation | 314 |
|   Children's | 93 |
|   Long Term | 347 |
|   Critical Access | 1,351 |
|   Religious Non-Medical | 15 |
| Home Health Agencies | 11,221 |
| Skilled Nursing Facilities | 15,015 |
| Labs | 284,414 |
| Outpatient PT/Speech Pathology | 2,044 |
| Rural Health Clinics | 4,736 |
| Federally Qualified Health Centers | 10,000 |
| Ambulatory Surgical Centers | 5,905 |
| Comprehensive Outpatient Rehab Facilities | 158 |
| Hospices | 5,260 |

PT - Physical Therapy

SOURCE: CMS/Office of Enterprise Data & Analytics



**Medicare Non-Institutional Providers by Specialty[4]**
**Calendar Year 2020**

| Specialty Type | Count |
|---|---:|
| Total Providers | 1,403,879 |
|   Primary Care | 223,298 |
|   Medical Specialties | 176,699 |
|   Surgical Specialties | 111,695 |
|   Emergency Medicine | 50,357 |
|   Anesthesiology | 43,339 |
|   Radiology | 39,738 |
|   Obstetrics-Gynecology | 35,278 |
|   Psychiatry | 27,856 |
|   Pathology | 12,572 |
|   Non-Physician Practitioners | 515,001 |
|   Limited Licensed Practitioners | 104,337 |
|   Ambulance Service Supplier | 10,213 |
|   Opioid Treatment Programs | 920 |
|   All Other Providers | 76,821 |

[4] Providers utilized by Original Medicare beneficiaries for all Part B non-institutional provider services.  Providers may be counted in more than one specialty classification but are reported as a single provider in the "Total Providers" count.

SOURCE:  CMS/Office of Enterprise Data & Analytics



**Medicare Durable Medical Equipment, Prosthetics, Orthotics and Supplies (DMEPOS) Providers by Specialty Calendar Year 2020[5]**

| Specialty Type | Count |
|---|---|
| Total DMEPOS Providers | 79,299 |
| Pharmacy | 47,017 |
| Medical Supply Company | 9,363 |
| Podiatry | 4,900 |
| Optometry | 4,228 |
| Individual Certified Prosthetist/Orthotist | 2,493 |
| Orthopedic Surgery | 2,019 |
| General Practice | 1,585 |
| Optician | 1,256 |
| Ophthalmology | 1,193 |
| All Other DMEPOS Providers | 5,500 |

[5] Providers utilized by Original Medicare beneficiaries for all Part B non-institutional DMEPOS services.  Providers may be counted in more than one specialty classification but are reported as a single provider in the "Total DMEPOS Providers" count.

SOURCE:  CMS/Office of Enterprise Data & Analytics



**Medicare Prepaid Contracts (01/2022)**

|                                     | Count |
|-------------------------------------|------:|
| Total Prepaid Plans (MA and others) |   937 |
| Total Prescription Drug Plans       |    62 |

SOURCE:  CMS/Center for Medicare



**National Health Expenditures Calendar Year 2020**

| | |
|---|---:|
| Total | $4,124.0 |
| % of GDP | 19.7% |
| Per Capita | $12,530 |
| Health Insurance | $2,809.3 |
|   Private Health Insurance | $1,151.4 |
|   Medicare | $829.5 |
|   Medicaid (Title XIX) | $671.2 |
|   CHIP (Title XIX & XXI) | $21.3 |
|   Department of Defense | $43.8 |
|   Department of Veterans Affairs | $92.2 |

Dollars in billions except for Per Capita.

SOURCE: CMS/Office of the Actuary



**CMS Financial Data Fiscal Year 2021**

| | |
|---|---:|
| Total Federal Program Spending ($ in billions) | $1,463.4 |
| Medicare Benefits [6] | $903.0 |
| Total Medicaid [7] | $532.1 |
| CHIP | $16.1 |
| Other Spending | $12.1 |
| Total Program Management ($ in millions) | $7,015.0 |
| Total Appropriation | $4,478.0 |
| Other Sources | $2,537.0 |
| Total Health Care Fraud & Abuse Control Funding ($ in millions) | $2,222.4 |
| FTE Employment | 6,287 |

[6] Medicare Benefits, including Health Information Technology Incentive Payments.

[7] Amount reported as total gross outlays including the Vaccines for Children Program.

SOURCE:  CMS/Office of Financial Management

