UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **Susan Neese, M.D** and **James Hurly, M.D.**, on behalf of themselves and others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>**Xavier Becerra**, in his official capacity as Secretary of Health and Human Services; **United States of America**,<br><br>                Defendants. | Case No. 2:21-cv-00163-Z |

## DECLARATION OF JONATHAN F. MITCHELL

I, Jonathan F. Mitchell, being duly sworn, states as follows:

    1. My name is Jonathan F. Mitchell. I am over 18 years old and fully competent to make this declaration.

    2. I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct.

    3. I represent plaintiffs Susan Neese and James Hurly in this litigation.

    4. The document attached as Exhibit 1 to this brief is an authentic copy of the March 2022 version of the Centers for Medicare & Medicaid Services Fast Facts, which I downloaded from the CMS website at https://www.cms.gov/Research-Statistics-Data-and-Systems/Statistics-Trends-and-Reports/CMS-Fast-Facts, on August 5, 2022.

    This concludes my sworn statement. I swear under penalty of perjury that the facts stated in this declaration are true and correct.

|  |  |
|---|---|
| Dated: August 5, 2022 | /s/ Jonathan F. Mitchell<br>Jonathan F. Mitchell |