UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **Susan Neese, M.D** and **James Hurly, M.D.**, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**Xavier Becerra**, in his official capacity as Secretary of Health and Human Services; **United States of America**,<br><br>Defendants. | Case No. 2:21-cv-00163-Z |

## MOTION FOR SUMMARY JUDGMENT

Plaintiffs Susan Neese and James Hurly respectfully move for summary judgment, as there are no genuine issues of material fact and the plaintiffs are entitled to judgment as a matter of law.

## SUMMARY

In conformity with Local Rule 56.3(a)(1), the plaintiffs state the elements of each claim on which summary judgment is sought:

**Claim 1: Secretary Becerra's Notification of Interpretation and Enforcement of May 10, 2021, is "not in accordance with law" under section 706(2)(A) of the APA.** To prevail on this claim, the plaintiffs must show that Secretary Becerra's interpretation of section 1557 of the Affordable Care Act is inconsistent with the statutory definition of "sex" discrimination, as construed by the Supreme Court in *Bostock v. Clayton County*, 140 S. Ct. 1731 (2020).

**Claim 2: Section 1557 of the Affordable Care Act, as construed in *Bostock*, does not prohibit discrimination on account of "sexual orientation" and "gender**

identity," but only discrimination on account of "sex," and it allows a healthcare provider to take discriminatory actions with respect to homosexual, bisexual, or transgender patients as long as that provider would have acted in the same manner had the patient had been a member of the opposite biological sex. To prevail on this claim, the plaintiffs must show that the prohibition on "sex" discrimination in section 1557 of the Affordable Care Act encompasses only situations in which a provider would have acted differently toward an identically situated member of the opposite biological sex.

The accompanying brief sets forth our arguments and authorities. A proposed order is attached.

Respectfully submitted.

Gene P. Hamilton
Virginia Bar No. 80434
Vice-President and General Counsel
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721 (phone)
gene.hamilton@aflegal.org

Marvin W. Jones
Texas Bar No. 10929100
Christopher L. Jensen
Texas Bar No. 00796825
Sprouse Shrader Smith PLLC
701 S. Taylor, Suite 500
Amarillo, Texas 79101
(806) 468-3335 (phone)
(806) 373-3454 (fax)
marty.jones@sprouselaw.com
chris.jensen@sprouselaw.com

 /s/ Jonathan F. Mitchell 
Jonathan F. Mitchell
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Plaintiffs and the Proposed Class*

Dated: August 5, 2022

## CERTIFICATE OF SERVICE

    I certify that on August 5, 2022, I served this document through CM/ECF upon:

Jeremy S.B. Newman
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
(202) 532-3114 (phone)
(202) 616-8460 (fax)
jeremy.s.newman@usdoj.gov

*Counsel for Defendants*

                                        /s/ Jonathan F. Mitchell
                                        Jonathan F. Mitchell
                                        *Counsel for Plaintiffs and*
                                        *the Proposed Class*