UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **Susan Neese, M.D** and **James Hurly, M.D.**, on behalf of themselves and others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>**Xavier Becerra**, in his official capacity as Secretary of Health and Human Services; **United States of America**,<br><br>　　　　　　　Defendants. | Case No. 2:21-cv-00163-Z |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The plaintiff's motion for summary judgment is GRANTED. The parties shall, within 14 days of this Court's order, confer and submit a final judgment (or competing proposals of a final judgment) for this Court to sign.

　　　　　　　　　　　　　　　　　　　　_____
Dated: _____　　　　　　　MATTHEW J. KACSMARYK
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE