IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| SUSAN NEESE, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-163-Z |
| XAVIER BECERRA, in his official capacity as the Secretary of the United States Department of Health and Human Services, *et al.*, | § § § § § § | |
| Defendants. | § § | |

### ORDER

Before the Court is an Unopposed Motion for Leave to File Amici Curiae Brief ("Motion") (ECF No. 41), filed on August 5, 2022. Having considered the Motion, pleadings, and relevant law, the Court **GRANTS** the Motion.

**SO ORDERED**.

August 8, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE