IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



SUSAN NEESE, *et al.*, §
§
Plaintiffs, §
§
v. § 2:21-CV-163-Z
§
XAVIER BECERRA, in his official §
capacity as the Secretary of the United §
States Department of Health and Human §
Services, *et al.*, §
§
Defendants. §

## ORDER

Before the Court is an Application for Admission *Pro Hac Vice* ("Application") (ECF No. 42), filed on August 5, 2022. Jonathan Scruggs is an attorney licensed to practice law in the State of Arizona. Mr. Scruggs represented to the Court that he has read *Dondi Properties Corp. v. Commerce Savings & Loan Association*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the Local Civil Rules for the Northern District of Texas and will comply with the standards set forth in *Dondi* and the Local Rules. Mr. Scruggs has obtained local counsel. *See* ECF No. 42 at 3.

After considering the Application and related filings, the Court finds the Application should be and is hereby **GRANTED**. The Court **ORDERS** that Mr. Scruggs may appear in this matter, subject to further order of the Court.

**SO ORDERED**.

August 8, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE