IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| SUSAN NEESE, *et al.*, | § | |
| Plaintiffs, | § § § | |
| v. | § | 2:21-CV-163-Z |
| XAVIER BECERRA, in his official capacity as the Secretary of the United States Department of Health and Human Services, *et al.*, | § § § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is an Application for Admission *Pro Hac Vice* ("Application") (ECF No. 43), filed on August 5, 2022. Rachel Csutoros is an attorney licensed to practice law in the State of Massachusetts. Ms. Csutoros represented to the Court that she has read *Dondi Properties Corp. v. Commerce Savings & Loan Association*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the Local Civil Rules for the Northern District of Texas and will comply with the standards set forth in *Dondi* and the Local Rules. Ms. Csutoros has obtained local counsel. *See* ECF No. 43 at 3.

After considering the Application and related filings, the Court finds the Application should be and is hereby **GRANTED**. The Court **ORDERS** that Ms. Csutoros may appear in this matter, subject to further order of the Court.

**SO ORDERED**.

August 8, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE