UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Susan Neese, M.D., et al. §
     *Plaintiff* §
  §
  §
     v. § Case No. 2:21-cv-00163-Z
  §
  §
Xavier Becerra, et al. §
     *Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**     Applicant is an attorney and a member of the law firm of (or practices under the name of)

Alliance Defending Freedom , with offices at

44180 Riverside Parkway
(Street Address)

Lansdowne       VA       20176
(City)       (State)       (Zip Code)

571-707-4655       480-444-0028
(Telephone No.)       (Fax No.)

**II.**     Applicant will sign all filings with the name Johannes Widmalm-Delphonse .

**III.**     Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Madison Kenyon
Maddie Dichiara
Chelsea Mitchell

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____Minnesota_____, where Applicant regularly practices law.

Bar license number: 396303   Admission date: October 20, 2014

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See list attached | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application: | Case No. And Style: |
|---|---|
| N/A | |
| | |
| | |

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Christian D. Stewart, who has offices at

500 S. Taylor, Suite 900
(Street Address)

Amarillo          TX          79101
(City)            (State)     (Zip Code)

806-358-8116          806-350-7642
(Telephone No.)       (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the 9th day of August, 2022.

Johannes Widmalm-Delphonse
Printed Name of Applicant

/s/ Johannes Widmalm-Delphonse
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

## JOHANNES S. WIDMALM-DELPHONSE
## COURT ADMISSIONS

| **STATE COURTS** | **DATE ADMITTED** |
|---|---|
| Minnesota Supreme Court | October 20, 2014 |
| Illinois Supreme Court | April 14, 2020 |

| **FEDERAL COURTS** | **DATE ADMITTED** |
|---|---|
| U.S. District Court for the District of Colorado | June 25, 2020 |
| U.S. District Court for the Northern District of Ohio | July 23, 2020 |
| U.S. District Court for the Eastern District of Virginia | February 2, 2021 |
| U.S. District Court for the Western District of Virginia | February 2, 2021 |
| United States Court of Appeals for the 4th Circuit | April 26, 2022 |