# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

JOHANNES STEN WIDMALM-DELPHONSE

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 20, 2014

Given under my hand and seal of this court on

July 29, 2022

Emily J. Eschweiler, Director
Office of Lawyer Registration