IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| SUSAN NEESE, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as the Secretary of the United States Department of Health and Human Services, *et al.*,<br><br>　　Defendants. | 2:21-CV-163-Z |

## ORDER

Before the Court is an Application for Admission *Pro Hac Vice* ("Application") (ECF No. 53), filed on August 9, 2022. Johannes Widmalm-Delphonse is an attorney licensed to practice law in the State of Minnesota. Mr. Widmalm-Delphonse represented to the Court that he has read *Dondi Properties Corp. v. Commerce Savings & Loan Association*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the Local Civil Rules for the Northern District of Texas and will comply with the standards set forth in *Dondi* and the Local Rules. Mr. Widmalm-Delphonse has obtained local counsel. *See* ECF No. 53 at 3.

After considering the Application and related filings, the Court finds the Application should be and is hereby **GRANTED**. The Court **ORDERS** that Mr. Widmalm-Delphonse may appear in this matter, subject to further order of the Court.

**SO ORDERED**.

August **9**, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE