IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

_____

| | |
|---|---|
| SUSAN NEESE, M.D., *et al.*, | |
|     Plaintiffs, | |
| v. | Civil Action No. 2:21-cv-163-Z |
| XAVIER BECERRA, *et al.*, | |
|     Defendants. | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Xavier Becerra, in his official capacity as Secretary of the U.S. Department of Health and Human Services, and the United States of America (collectively, "Defendants"), now move for summary judgment against all claims and causes of action asserted by Plaintiffs Dr. Susan Neese and Dr. James Hurly (collectively, "Plaintiffs"). Pursuant to local civil rule 56.3(b), each of the matters required by local civil rule 56.3(a) is set forth in the accompanying brief. For the reasons given therein, it is requested that summary judgment be granted in Defendants' favor and that this action be dismissed.

Dated August 26, 2022                                   Respectfully submitted,

                                                        BRIAN M. BOYNTON
                                                        Principal Deputy Assistant Attorney General

                                                        MICHELLE BENNETT
                                                        Assistant Branch Director

                                                        /s/ Jeremy S.B. Newman
                                                        Jeremy S.B. Newman (Mass. Bar No. 688968)
                                                        Trial Attorney
                                                        United States Department of Justice
                                                        Civil Division, Federal Programs Branch
                                                        1100 L Street N.W.
                                                        Washington, DC 20005
                                                        Tel: (202) 532-3114
                                                        Email: jeremy.s.newman@usdoj.gov

                                                        CHAD E. MEACHAM
                                                        Acting United States Attorney

                                                        /s/ Brian W. Stoltz
                                                        Brian W. Stoltz
                                                        Assistant United States Attorney
                                                        Texas Bar No. 24060668
                                                        1100 Commerce Street, Third Floor
                                                        Dallas, Texas 75242-1699
                                                        Telephone:    214-659-8626
                                                        Facsimile:    214-659-8807
                                                        brian.stoltz@usdoj.gov

                                                        *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

On August 26, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Jeremy S.B. Newman*
Jeremy S.B. Newman
Trial Attorney
United States Department of Justice