IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION
_____

| | |
|---|---|
| SUSAN NEESE, M.D., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> Defendants. | Civil Action No. 2:21-cv-163-Z |

# [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Summary Judgment and Defendants' Motion for Summary Judgment and the parties' briefs in support, opposition, and reply, it is hereby:

**ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**, and it is further

**ORDERED** that Plaintiffs' Motion for Summary Judgment is **DENIED**, and it is further

**ORDERED** that the Clerk shall enter judgment for Defendants and close this case.

**SO ORDERED.**

_____
Matthew J. Kacsmaryk
United States District Judge

Dated August 26, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

/s/ Jeremy S.B. Newman
Jeremy S.B. Newman (Mass. Bar No. 688968)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
Tel: (202) 532-3114
Email: jeremy.s.newman@usdoj.gov

CHAD E. MEACHAM
Acting United States Attorney

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:    214-659-8626
Facsimile:    214-659-8807
brian.stoltz@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On August 26, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Jeremy S.B. Newman*
Jeremy S.B. Newman
Trial Attorney
United States Department of Justice