UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **Susan Neese, M.D**; **James Hurly, M.D.**; and **Jeffrey Barke, M.D.**, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**Xavier Becerra**, in his official capacity as Secretary of Health and Human Services; **United States of America**,<br><br>Defendants. | Case No. 2:21-cv-00163-Z |

### NOTICE OF SUPPLEMENTAL AUTHORITY

The plaintiffs respectfully advise the Court of the Northern District of Texas's recent decision in *Texas v. EEOC*, No. 2:21-CV-194-Z (N.D. Tex.) (attached as Exhibit 1).

*Texas v. EEOC* holds that Title VII, as interpreted in *Bostock*, prohibits employers from discriminating on account of homosexual or transgender *status*—but that *Bostock* does not in any way restrict an employer's prerogative to govern the *conduct* of his employees or to discriminate in response that conduct. *See Texas v. EEOC*, No. 2:21-CV-194-Z (N.D. Tex.), slip op. at 5–14. The holding of *Texas v. EEOC* is consistent with the plaintiffs' stance that section 1557's prohibition on "sex" discrimination allows medical providers to decline to provide so-called gender-affirming care to patients, so long as the provider would have responded in the same way to an identical request from a member of the opposite biological sex. The holding of *Texas v. EEOC* is also incompatible with the Secretary's insistence that *all* acts of discrimination on account of sexual orientation or gender identify qualify as "sex" discrimination under *Bostock*.

<div style="display: flex;">
<div>

Gene P. Hamilton
Virginia Bar No. 80434
Vice-President and General Counsel
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721 (phone)
gene.hamilton@aflegal.org

H. Dustin Fillmore III
Texas Bar No. 06996010
Charles W. Fillmore
Texas Bar No. 00785861
The Fillmore Law Firm, LLP
201 Main Street, Suite 801
Fort Worth, Texas 76102
(817) 332-2351 (phone)
(817) 870-1859 (fax)
dusty@fillmorefirm.com
chad@fillmorefirm.com

Dated: October 8, 2022

</div>
<div>

Respectfully submitted.

 /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Plaintiffs and
the Proposed Classes*

</div>
</div>

## CERTIFICATE OF SERVICE

I certify that on October 8, 2022, I served this document through CM/ECF upon:

Jeremy S.B. Newman
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
(202) 532-3114 (phone)
(202) 616-8460 (fax)
jeremy.s.newman@usdoj.gov

*Counsel for the Defendants*

                                               /s/ Jonathan F. Mitchell
                                              Jonathan F. Mitchell
                                              *Counsel for Plaintiffs and*
                                              *the Proposed Classes*