IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SUSAN NEESE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as the Secretary of the United States Department of Health and Human Services, *et al.*, <br><br> Defendants. | 2:21-CV-163-Z |

## JUDGMENT

Pursuant to the Fifth Circuit's instruction and this Court's Order (ECF No. 75), the Court **DISMISSES** this case for lack of jurisdiction.

**SO ORDERED.**

February 11, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE