# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 07, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Amarillo
United States District Court
205 E. 5th Street
Room F-13240
Amarillo, TX 79101

    No. 23-10078   Neese v. Becerra
              USDC No. 2:21-CV-163

Dear Ms. Mitchell,

We have received the Supreme Court order denying certiorari.  We
previously sent you the judgment issued as mandate.

         Sincerely,

         LYLE W. CAYCE, Clerk

         By: _____
         Renee S. McDonough, Deputy Clerk
         504-310-7673